UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN FILUSH | :    NO.: 3:02CV1934 (SRU) |
| v. | : |
| TOWN OF WESTON | : |

## APPEARANCE

Please enter the appearance of Daniel C. DeMerchant as attorney for the defendant, **TOWN OF WESTON**, in addition to the appearances already on file by this firm.

                 DEFENDANT,
                 TOWN OF WESTON

                 By_____
                 Daniel C. DeMerchant [ct19342]
                 Howd & Ludorf
                 65 Wethersfield Avenue
                 Hartford, CT  06114
                 Phone:  (860) 249-1361
                 Fax:  (860) 249-7665
                 E-Mail:  ddemerchant@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 26th day of November, 2003.

Gary Phelan, Esquire
Klebanoff & Phelan, P.C.
Corporate Center West
433 South Main Street, Suite 117
West Hartford, CT 06110

_____
Daniel C. DeMerchant

2