UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN FILUSH | : | NO.: 3:02CV1934 (SRU) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF WESTON | : | NOVEMBER 25, 2003 |

### DEFENDANT'S MOTION FOR PROTECTIVE ORDER

The defendant, **TOWN OF WESTON**, pursuant to Rule 26(c) of the Federal

Rules of Civil Procedure, hereby respectfully moves this Court for a Protective Order,

to preclude the plaintiff from examining **Commissioners Peter Ottomano, William**

**J. Brady and Richard Saltz**, on the subject of discussions that occurred during

Weston Police Commission Executive Sessions.  The information sought is irrelevant

and immaterial and not reasonably calculated to lead to the discovery of admissible

evidence:

1.    The information sought is confidential under Connecticut Law;

2.    Officer Filush's candidacy was not deliberated in Executive Session for

the purposes of discussion concerning the 2002 appointment of a police sergeant

because his name was not submitted to the Police Commission;

3.    Officer Filush's candidacy was discussed in Executive Session

regarding the March 2000 Sergeant's appointment as he was the second ranked

ORAL ARGUMENT IS REQUESTED

candidate.  However, he was not discriminated against on the basis of his age as evidenced by the fact that the promoted Officer is five years older than the plaintiff. Furthermore, he was not discriminated against on the basis of his disability.  The Police Commission had no knowledge that Officer Filush had requested testing accommodations pursuant to the Americans with Disabilities Act; and

4.     The information sought regarding executive session deliberations concerning the promotional appointments in 1990, 1991, and 1995 is time barred.

As more specifically set forth in the attached memorandum of law, the defendant represents that plaintiff's counsel has set forth interest in examining the Commissioners Peter Ottomano, William J. Brady and Richard Saltz concerning the Executive Session discussion.

WHEREFORE, the defendant in the above matter respectfully requests that this Court grant its motion, and protect Commissioners Peter Ottomano, William J. Brady and Richard Saltz from being subjected to examination concerning these discussions which are irrelevant and immaterial to this case.

DEFENDANT,
TOWN OF WESTON


By_____
   Martha A. Shaw [ct12855]
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   Phone:  (860) 249-1361
   Fax:  (860) 249-7665
   E-Mail:  mshaw@hl-law.com


## **CERTIFICATION**

     The undersigned counsel certifies that she has in good faith conferred with opposing counsel in an effort to resolve this matter without court action.  Counsel further certifies that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 25th day of November, 2003.


Gary Phelan, Esquire
Klebanoff & Phelan, P.C.
Corporate Center West
433 South Main Street, Suite 117
West Hartford, CT  06110


_____
Martha A. Shaw


3