UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN FILUSH | : | NO.: 3:02CV1934 (SRU) |
| v. | : | |
| TOWN OF WESTON | : | NOVEMBER 25, 2003 |

**NOTICE OF MANUAL FILING**

Please take notice that defendant, **TOWN OF WESTON**, has manually filed the following exhibits to its Motion for Protective Order dated November 26, 2003:

1. **Exhibit A** – Deposition notices of Weston Police Commissioners Ottomano, Brady and Saltz
2. **Exhibit B** – Collective Bargaining Agreement
3. **Exhibit C** – Candidate Promotion List 2002
4. **Exhibit D –** Candidate Promotion List 2000
5. **Exhibit E** – Affidavits of Police Commissioners Goldberg, Gralnick, Saltz, Brady and Ottomano
6. **Exhibit F** – Deposition of Louis Goldberg
7. **Exhibit G** – Affidavit of Illegal Discriminatory Practice
8. **Exhibit H** – Report of Dr. Kimberly Sass

These documents have not been filed electronically because

[ ]     the document or thing cannot be converted to an electronic format

[ X ]   the electric file size of the document exceeds 1.5 megabytes

[ ]     the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ]     Plaintiff/Defendant is excused from filing this document or thing by Court order.

The exhibits have been manually served on all parties.

Respectfully submitted,

DEFENDANT,
TOWN OF WESTON

By_____
Martha A. Shaw [ct12855]
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
Phone:  (860) 249-1361
Fax:  (860) 249-7665
E-Mail:  mshaw@hl-law.com

## **CERTIFICATION**

   This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 25th day of November, 2003.

Gary Phelan, Esquire
Klebanoff & Phelan, P.C.
Corporate Center West
433 South Main Street, Suite 117
West Hartford, CT  06110

                 _____
                 Martha A. Shaw