UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN FILUSH | : | NO.:  3:02CV1934 (SRU) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF WESTON | : | NOVEMBER 26, 2003 |

## NOTICE OF MANUAL FILING

Please take notice that the defendant, **TOWN OF WESTON**, has manually filed the following exhibits to its Disclosure of Expert Witness (Dr. Kimberlee Sass) dated November 26, 2003:

1.      **Exhibit A** – Dr. Sass' written report dated November 14, 2003; and

2.      **Exhibit B** – Dr. Sass' Curriculum Vitae.

These documents have not been filed electronically because

[  ]      the document or thing cannot be converted to an electronic format

[ X ]      the electric file size of the document exceeds 1.5 megabytes

[  ]      the document or thing is filed under seal pursuant to Local Rule of Civil

Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[  ]      Plaintiff/Defendant is excused from filing this document or thing by Court

order.

The exhibits have been manually served on all parties.

Respectfully submitted,

DEFENDANT,
TOWN OF WESTON

By_____
    Daniel C. DeMerchant [ct19342]
    Howd & Ludorf
    65 Wethersfield Avenue
    Hartford, CT  06114
    Phone:  (860) 249-1361
    Fax:  (860) 249-7665
    E-Mail:  ddemerchant@hl-law.com

## CERTIFICATION

        This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 26th day of November, 2003.

Gary Phelan, Esquire
Klebanoff & Phelan, P.C.
Corporate Center West
433 South Main Street, Suite 117
West Hartford, CT  06110

_____
Daniel C. DeMerchant