UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN FILUSH | : | NO.: 3:02CV1934 (SRU) |
| v. | : | |
| TOWN OF WESTON | : | JANUARY 12, 2004 |

## MOTION FOR PROTECTIVE ORDER ACCORDING TO STIPULATION

The Plaintiff, John Filush, and the Defendant, Town of Weston, hereby move

jointly for the entry of a Stipulation and Order of Confidentiality in accordance with the

terms and conditions of the Stipulation and Order of Confidentiality executed by the

parties and attached hereto.  As set forth therein, this Stipulated Protective Order

shall govern the use and dissemination of certain confidential materials and

information which will be disclosed in the course of discovery.

WHEREFORE, the undersigned parties, John Filush and the Town of Weston,

stipulate to the terms and conditions of this Stipulation and Order of Confidentiality,

and jointly move that this stipulation be made an order of this Court.

ORAL ARGUMENT IS NOT REQUESTED

DEFENDANT,
TOWN OF WESTON


By _____
Martha A. Shaw [ct12855]
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
Phone:  (860) 249-1361
Fax:  (860) 249-7665
E-Mail:  mshaw@hl-law.com



PLAINTIFF
JOHN FILUSH



By _____
Gary Phelan, Esquire (ct 3670)
Tanya Wolanic (ct 24252)
Klebanoff & Phelan, P.C.
Corporate Center West
433 South Main Street, Suite 117
West Hartford, CT  06110
(860) 313-5005