UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN FILUSH | : | NO.: 3:02CV1934 (SRU) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF WESTON | : | FEBRUARY 24, 2004 |

## MOTION TO WITHDRAW PLEADINGS

The defendant, **TOWN OF WESTON**, moves the Court to withdraw the Defendant's Motion for Protective Order (Motion No. 40) and the Defendant's Motion for Protective Order (Motion No. 41), filed on behalf of the defendant, **TOWN OF WESTON**, on November 25, 2003, in the above-captioned matter.

DEFENDANT,
TOWN OF WESTON


By_____
   Martha A. Shaw [ct12855]
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   Phone:  (860) 249-1361
   Fax:  (860) 249-7665
   E-Mail:  mshaw@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 24th day of February, 2004.

Gary Phelan, Esquire
Klebanoff & Phelan, P.C.
Corporate Center West
433 South Main Street, Suite 117
West Hartford, CT  06110

                                                          _____
                                                        Martha A. Shaw