FILED

2004 FEB 11  A 11: 49

US DISTRICT
BRIDGEPORT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN FILUSH | : | NO.: 3:02CV1934 (SRU) |
| v. | : | |
| TOWN OF WESTON | : | JANUARY 12, 2004 |

## MOTION FOR PROTECTIVE ORDER ACCORDING TO STIPULATION

The Plaintiff, John Filush, and the Defendant, Town of Weston, hereby move jointly for the entry of a Stipulation and Order of Confidentiality in accordance with the terms and conditions of the Stipulation and Order of Confidentiality executed by the parties and attached hereto. As set forth therein, this Stipulated Protective Order shall govern the use and dissemination of certain confidential materials and information which will be disclosed in the course of discovery.

WHEREFORE, the undersigned parties, John Filush and the Town of Weston, stipulate to the terms and conditions of this Stipulation and Order of Confidentiality, and jointly move that this stipulation be made an order of this Court.

MOTION GRANTED.
SO ORDERED.
Stefan R. Underhill, U.S.D.J.
2004 FEB 24

ORAL ARGUMENT IS NOT REQUESTED