

FILED

2004 FEB 11   A 11: 49

US ...

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN FILUSH | : | NO.: 3:02CV1934 (SRU) |
| v. | : | |
| TOWN OF WESTON | : | JANUARY 12, 2004 |

## STIPULATION AND ORDER OF CONFIDENTIALITY

In accordance with Rule 26(c) of the Federal Rules of Civil Procedure, the

Plaintiff, John Filush, and the Defendant, Town of Weston, hereby stipulate that the

procedures set forth below shall govern the depositions Commissioners Peter

Ottomano, William J. Brady, Richard Saltz and Chief Anthony Land in this action.

      1.      Pursuant to this Stipulation and Protective Order, the following

documents and information shall be considered confidential:

      a.   Any documents, data, or information produced by the

Defendant on the subject of discussions that occurred during Weston Police

Commission executive sessions.

      b.   Any documents, data, or information produced by the

Defendant concerning the confidential testing process of selecting a suitable

candidate for promotion.

APPROVED.

SO ORDERED.

United State
District of C.
FILED AT

Kevin F. Rowe, Clerk

2-24-04

By: C.B.C.
Deputy Clerk