FILED
2004 FEB 26 P 2: 17
US DIST...

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN FILUSH | : | NO.: 3:02CV1934 (SRU) |
| v. | : | |
| TOWN OF WESTON | : | FEBRUARY 24, 2004 |

## MOTION TO WITHDRAW PLEADINGS

The defendant, **TOWN OF WESTON**, moves the Court to withdraw the Defendant's Motion for Protective Order (Motion No. 40) and the Defendant's Motion for Protective Order (Motion No. 41), filed on behalf of the defendant, **TOWN OF WESTON**, on November 25, 2003, in the above-captioned matter.

FILED
2004 MAR -2 A 10: 41
US DISTRICT COURT
BRIDGEPORT CT

DEFENDANT,
TOWN OF WESTON

By /s/ Martha Shaw
Martha A. Shaw [ct12855]
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
Phone: (860) 249-1361
Fax: (860) 249-7665
E-Mail: mshaw@hl-law.com

*Handwritten annotation:* Granted. Motions #40 and #41 are hereby denied as moot. So ordered. [signature] dated 3/2/04