UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN FILUSH | : | NO.: 3:02CV1934 (SRU) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF WESTON | : | MARCH 1, 2004 |

### JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to FRCP 16(b) Local Rule 9(b), the plaintiff, **JOHN FILUSH**, and the defendant, **TOWN OF WESTON**, hereby request that the case management deadlines set forth in the Scheduling Order approved by the Court on August 18, 2003, be modified in accordance with the deadlines set forth below.

The is the second request for a modification of the scheduling order made by the plaintiff and the defendant relative to the plaintiff's complaint. The parties respectfully request this enlargement of time to accommodate schedules.

Accordingly, the plaintiff, **JOHN FILUSH**, and the defendant, **TOWN OF WESTON**, respectfully request that the discovery deadlines in this case be modified as follows:

**DISPOSITIVE MOTIONS**: Dispositive motions will be filed on or before March 31, 2004.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the plaintiff, **JOHN FILUSH**, and the defendant, **TOWN OF WESTON**, respectfully request that this motion be granted, and the case management deadline for dispositive motions be modified in accordance with the dates set forth herein.

        PLAINITFF,
        JOHN FILUSH


      By_____
       Gary Phelan, Esquire [ct03670]
       Klebanoff & Phelan, P.C.
       Corporate Center West
       433 South Main Street, Suite 117
       West Hartford, CT  06110
       Phone:  (860) 313-5005
       Fax:  860 313-5350
       E-Mail:  phelanlaw@snet.net


        DEFENDANT,
        TOWN OF WESTON


      By_____
       Martha A. Shaw [ct14803]
       Howd & Ludorf
       65 Wethersfield Avenue
       Hartford, CT  06114
       Phone:  (860) 249-1361
       Fax:  (860) 249-7665
       E-Mail:  mshaw@hl-law.com