FILED
2004 MAR -4 A 11: 54
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN FILUSH | : | NO.: 3:02CV1934 (SRU) |
| v. | : | |
| TOWN OF WESTON | : | MARCH 1, 2004 |

### JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to FRCP 16(b) Local Rule 9(b), the plaintiff, **JOHN FILUSH**, and the defendant, **TOWN OF WESTON**, hereby request that the case management deadlines set forth in the Scheduling Order approved by the Court on August 18, 2003, be modified in accordance with the deadlines set forth below.

The is the second request for a modification of the scheduling order made by the plaintiff and the defendant relative to the plaintiff's complaint. The parties respectfully request this enlargement of time to accommodate schedules.

Accordingly, the plaintiff, **JOHN FILUSH**, and the defendant, **TOWN OF WESTON**, respectfully request that the discovery deadlines in this case be modified as follows:

**DISPOSITIVE MOTIONS**: Dispositive motions will be filed on or before March 31, 2004.

MOTION GRANTED.
SO ORDERED. /s/ Underhill, U.S.D.J.

FILED 2004 MAR -8 A 10: 20
US DISTRICT COURT
BRIDGEPORT CT

ORAL ARGUMENT IS NOT REQUESTED