```
                                                              FILED
                UNITED STATES DISTRICT           2004 MAR 16  A 9: 38
                DISTRICT OF CONNECTICUT
                                                 U.S. DISTRICT COURT
JOHN FILUSH,                    CIVIL ACTION NO.: BRIDGEPORT, CONN

     Plaintiff                  3:02CV1934 (SRU)

v.

TOWN OF WESTON,                 March 15, 2004

     Defendant
```

**PLAINTIFF'S MOTION TO FILE A SECOND AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a), the plaintiff moves for permission to file a Second Amended Complaint. Defendant's counsel, Martha Shaw, represented that the defendant does not oppose the plaintiff's request to file a Third Amended Complaint. The Amended Complaint has been filed to:

(1) remove the previous First Count under Title II of the Americans with Disabilities Act of 1990 ("ADA"),

(2) remove the previous Third Count under Section 504 of the Federal Rehabilitation Act of 1973, 29 U.S.C. §704, and

(3) delete the previously numbered paragraph 85 of the Fifth Count that alleged that the defendant refused to accommodate the plaintiff's disability, under Connecticut's Fair Employment Practices Act.

I have attached to this motion a copy of the Second Amended Complaint.

THE PLAINTIFF,

By: _____
Gary Phelan, Esq. (CT03670)
Gary Phelan, L.L.C.
433 South Main Street, Suite 117
West Hartford, CT 06110
(860) 313-5005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Second Amended Complaint was sent on March 15, 2004 to:

Martha A. Shaw, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

_____
Gary Phelan