FILED

2004 MAR 22 A 9:03

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
CIVIL ACTION NO.:

JOHN FILUSH,

    Plaintiff

v.

TOWN OF WESTON,

    Defendant

3:02CV1934 (SRU)

March 19, 2004

### PLAINTIFF'S MOTION TO FILE A THIRD AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), the plaintiff moves for permission to file a Third Amended Complaint. Defendant's counsel, Martha Shaw, represented that the defendant does not oppose the plaintiff's request to file a Third Amended Complaint. The Amended Complaint has been filed to revise paragraph 11 and to remove the retaliation claim under Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. §12201 et seq. ("ADA"). After filing the plaintiff's Second Amended Complaint on March 15, 2004, defendant's counsel, Martha Shaw, reminded plaintiff's counsel that the Court had previously dismissed plaintiff's ADA retaliation claim when it granted the defendant's Motion to Dismiss Counts 1 and 2 of the Complaint on May 6, 2003.

    I have attached to this motion a copy of the Third Amended Complaint.

THE PLAINTIFF,

By: _____
Gary Phelan, Esq. (CT03670)
Gary Phelan, L.L.C.
433 South Main Street, Suite 117
West Hartford, CT 06110
(860) 313-5005

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Third Amended Complaint was sent on March 19, 2004 to:

Martha A. Shaw, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114-1190

_____
Gary Phelan