UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN FILUSH | : | NO.: 3:02CV1934 (SRU) |
| v. | : | |
| TOWN OF WESTON | : | MARCH 26, 2004 |

### MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to FRCP 16(b) Local Rule 9(b), the defendant, **TOWN OF WESTON**, hereby requests that the case management deadlines as ordered by the Court on March 8, 2004, be modified in accordance with the deadlines set forth below.

This is the third request for a modification of the scheduling order made by the plaintiff and the defendant relative to the plaintiff's complaint. The defendant respectfully requests a short four-day enlargement of time to accommodate scheduling demands that have prevented the finalization of defendant's memorandum of law in support of its motion for summary judgment by the applicable deadline. The defendant has contacted plaintiff's counsel, Gary Phelan, and believes that Attorney Phelan has no objection to the granting of this motion.

Accordingly, the defendant, **TOWN OF WESTON**, respectfully requests that the discovery deadlines in this case be modified as follows:

**DISPOSITIVE MOTIONS**: Dispositive motions will be filed on or before April 5, 2004.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the defendant, **TOWN OF WESTON**, respectfully requests that this motion be granted, and the case management deadline for dispositive motions be modified in accordance with the dates set forth herein.

        DEFENDANT,
        TOWN OF WESTON


        By_____
          Martha A. Shaw [ct14803]
          Howd & Ludorf
          65 Wethersfield Avenue
          Hartford, CT  06114
          Phone:  (860) 249-1361
          Fax:  (860) 249-7665
          E-Mail:  mshaw@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 26th day of March, 2004.

Gary Phelan, Esquire
Klebanoff & Phelan, P.C.
Corporate Center West
433 South Main Street, Suite 117
West Hartford, CT  06110

                                              _____
                                              Martha A. Shaw