02CV1934mot
02CV1934end

57

**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAR 22 A 9:03

U.S. DISTRICT COURT
BRIDGEPORT, CONN

JOHN FILUSH,

    Plaintiff

CIVIL ACTION NO.:

3:02CV1934 (SRU)

v.

TOWN OF WESTON,

    Defendant

March 19, 2004

**PLAINTIFF'S MOTION TO FILE A THIRD AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a), the plaintiff moves for permission to file a Third Amended Complaint. Defendant's counsel, Martha Shaw, represented that the defendant does not oppose the plaintiff's request to file a Third Amended Complaint. The Amended Complaint has been filed to revise paragraph 11 and to remove the retaliation claim under Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. §12201 et seq. ("ADA"). After filing the plaintiff's Second Amended Complaint on March 15, 2004, defendant's counsel, Martha Shaw, reminded plaintiff's counsel that the Court had previously dismissed plaintiff's ADA retaliation claim when it granted the defendant's Motion to Dismiss Counts 1 and 2 of the Complaint on May 6, 2003.

I have attached to this motion a copy of the Third Amended Complaint.

THE PLAINTIFF,

By: _____
Gary Phelan, Esq. (CT03670)
Gary Phelan, L.L.C.
433 South Main Street, Suite 117
West Hartford, CT 06110
(860) 313-5005

[Handwritten margin note: Granted. The clerk shall docket the Third Amended Complaint. So ordered. [signature] 3/29/04]

[Handwritten stamp: FILED 2004 MAR 30 A 8:46 U.S. DISTRICT COURT BRIDGEPORT, CONN]