UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN FILUSH | : | NO.:  3:02CV1934 (SRU) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF WESTON | : | APRIL 5, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56(a), the defendant, **TOWN OF WESTON**, moves for summary judgment as to the plaintiff's Third Amended Complaint dated March 19, 2004.

As is more particularly set forth in the accompanying memorandum of law, supporting exhibits and Local Rule 56(a)(1) statement, there is no genuine dispute of material fact and the defendant is entitled to summary judgment for the following reasons:

1. The plaintiff' has failed to set forth an actionable claim under the Age Discrimination in Employment Act of 1967; and

2. The plaintiff's claims under the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. §§46a-60(a)(1) and 46a-60(a)(4), must fail as a matter of law.

WHEREFORE, the defendant, **TOWN OF WESTON**, respectfully requests that summary judgment enter in its favor.

ORAL ARGUMENT IS REQUESTED
TESTIMONY IS NOT REQUIRED

DEFENDANT,
TOWN OF WESTON


By_____
    Martha A. Shaw [ct12855]
    Howd & Ludorf
    65 Wethersfield Avenue
    Hartford, CT  06114
    Phone:  (860) 249-1361
    Fax:  (860) 249-7665
    E-Mail:  mshaw@hl-law.com


## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 5th day of April, 2004.


Gary Phelan, Esquire
Klebanoff & Phelan, P.C.
Corporate Center West
433 South Main Street, Suite 117
West Hartford, CT  06110



_____
Martha A. Shaw