UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN FILUSH | : | NO.: 3:02CV1934 (SRU) |
| v. | : | |
| TOWN OF WESTON | : | APRIL 5, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that the defendant, **TOWN OF WESTON**, has manually filed the following exhibits to the defendant's Motion for Summary Judgment:

1. **EXHIBIT A** – Deposition transcript of John Filush

2. **EXHIBIT B** – 1990 Sergeant's Eligibility List

3. **EXHIBIT C** – Responses/Objections to Plaintiff's First Set of Interrogatories and Requests for Production

4. **EXHIBIT D** – 1991 Sergeant's Eligibility List

5. **EXHIBIT E** – 1995 Sergeant's Eligibility List

6. **EXHIBIT F** – 2000 Sergeant's Eligibility List

7. **EXHIBIT G** – 2002 Sergeant's Eligibility List

8. **EXHIBIT H** – Collective Bargaining Agreement

9. **EXHIBIT I** – Deposition Transcript of Louis Goldberg

10. **EXHIBIT J** – Deposition Transcript of Chief Land

11. **EXHIBIT K** – Affidavit of Louis Goldberg

12. **EXHIBIT L** – Deposition transcript of Peter Ottomano

13. **EXHIBIT M** – Deposition transcript of William Brady

14. **EXHIBIT N** – Deposition transcript of Richard Saltz

15. **EXHIBIT O** – Affidavits of Commissioners Saltz, Ottomano, Brady and Gralnick

16. **EXHIBIT P** – 1/6/00 Memo from John Filush to Chief Land

17. **EXHIBIT Q** – 1/25/00 Letter from Dr. Kruger to Chief Land

18. **EXHIBIT R** – 3/19/00 Departmental Message from John Filush to Chief Land

19. **EXHIBIT S** – Neuropsychological Consultation Summary

20. **EXHIBIT T** – 1/7/00 Memo from Chief Land to John Filush

21. **EXHIBIT U** – 2/2/00 Memo from Chief Land to John Filush

22. **EXHIBIT V** – 2/16/00 Memo to File from Chief Land

23. **EXHIBIT W** – 2/29/00 Memo from Chief Land to John Filush

24. **EXHIBIT X** – Chief Land's Investigation

25. **EXHIBIT Y** – Welch v. First Albany, 1999 WL 1069525 (N.D.N.Y.)

26. **EXHIBIT Z** – Vogel v. Travelers Ins. Co., 35 F.3d 558, 1994 WL

27. **EXHIBIT AA** – 6/10/02 Vacancy Announcement

28. **EXHIBIT BB** – 6/15/02 Departmental Message from Chief Land to John Filush

29.  **EXHIBIT CC** – Affidavit of Chief Land

30.  **EXHIBIT DD** – Charge of Discrimination

31.  **EXHIBIT EE** – Release of Jurisdiction

32.  **EXHIBIT FF** – Oral Interview Rating Form

33.  **EXHIBIT GG** – Sergeant's Oral Exam Panel

34.  **EXHIBIT HH** – 8/13/02 Letter to Grecco

35.  **EXHIBIT II** – Sergeant's Exam Questions

36.  **EXHIBIT JJ** – Resume of John Filush

37.  **EXHIBIT KK** – University of New Haven Gradual School Official Transcript

These exhibits have not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes.

        DEFENDANT,
        TOWN OF WESTON


        By_____
          Martha A. Shaw [ct12855]
          Howd & Ludorf
          65 Wethersfield Avenue
          Hartford, CT  06114
          Phone:  (860) 249-1361
          Fax:  (860) 249-7665
          E-Mail:  mshaw@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 5th day of April, 2004.

Gary Phelan, Esquire
Klebanoff & Phelan, P.C.
Corporate Center West
433 South Main Street, Suite 117
West Hartford, CT  06110

                                                _____
                                                Martha A. Shaw