*02CV1934mmco*
*02CV1934end*

**FILED**

2004 MAR 29 P 12: 21

U.S. DISTRICT COURT
BRIDGEPORT. CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN FILUSH | : | NO.: 3:02CV1934 (SRU) |
| v. | : | |
| TOWN OF WESTON | : | MARCH 26, 2004 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to FRCP 16(b) Local Rule 9(b), the defendant, **TOWN OF WESTON**, hereby requests that the case management deadlines as ordered by the Court on March 8, 2004, be modified in accordance with the deadlines set forth below.

This is the third request for a modification of the scheduling order made by the plaintiff and the defendant relative to the plaintiff's complaint. The defendant respectfully requests a short four-day enlargement of time to accommodate scheduling demands that have prevented the finalization of defendant's memorandum of law in support of its motion for summary judgment by the applicable deadline. The defendant has contacted plaintiff's counsel, Gary Phelan, and believes that Attorney Phelan has no objection to the granting of this motion.

Accordingly, the defendant, **TOWN OF WESTON**, respectfully requests that the discovery deadlines in this case be modified as follows:

**DISPOSITIVE MOTIONS**: Dispositive motions will be filed on or before April 5, 2004.

ORAL ARGUMENT IS NOT REQUESTED

MOTION GRANTED.

SO ORDERED.

Stefan R. Underhill, U.S.D.J.

FILED
2004 APR -5 4:2
U.S. DISTRICT COURT
BRIDGEPORT. CONN