FILED

2004 APR 12 P 3: 06

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN FILUSH, | CIVIL ACTION NO.: |
| Plaintiff | 3:02CV1934(SRU) |
| v. | |
| TOWN OF WESTON, | |
| Defendant. | April 12, 2004 |

**PLAINTIFF'S MOTION FOR A TWO-WEEK EXTENSION TO
REPLY TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The plaintiff, John Filush, moves for a two-week extension of the deadline to reply to the defendant's Motion for Summary Judgment filed on April 6, 2004. If the plaintiff's motion is granted, the plaintiff's deadline to respond will be extended from April 30 to May 14, 2004. This is the plaintiff's first request for an extension of the deadline to file a response to the defendant's Motion for Summary Judgment. Defendant's counsel, Martha Shaw, represented that the defendant does not oppose the plaintiff's request for an extension.

The Plaintiff is requesting the extension because Plaintiff's counsel: (1) is currently in the process of closing his firm and joining a New York firm called Outten & Golden and opening a branch office for the firm in Stamford, Connecticut on June 1, 2004; (2) is in the process of trying to meet a May 15, 2004 deadline for his annual supplement to a legal treatise he co-authored entitled Disability Discrimination in the Workplace, and (3) will also be simultaneously responding to a Motion for Summary Judgment before this court in Thomas Reilly v. City of West Haven, CV 3:02CV1346(SRU).

THE PLAINTIFF,
JOHN FILUSH

BY: _____
Gary Phelan (CT 03670)
Gary Phelan, LLC
433 South Main Street, Suite 117
West Hartford, CT 06110
(860)313-5005

## CERTIFICATION OF SERVICE

I certify that a copy of the foregoing was mailed first-class, postage prepaid on April 12, 2004 to:

Martha A. Shaw, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
Gary Phelan