56

FILED 5/3/04 MRJ

Denied as moot. So ordered. /s/ SRU

FILED
2004 MAR 16 A 9:38
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT
DISTRICT OF CONNECTICUT

JOHN BILUSH,

    Plaintiff

v.

TOWN OF WESTON,

    Defendant

CIVIL ACTION NO.:

3:02CV1934 (SRU)

March 15, 2004

### PLAINTIFF'S MOTION TO FILE A SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), the plaintiff moves for permission to file a Second Amended Complaint. Defendant's counsel, Martha Shaw, represented that the defendant does not oppose the plaintiff's request to file a Third Amended Complaint. The Amended Complaint has been filed to:

(1) remove the previous First Count under Title II of the Americans with Disabilities Act of 1990 ("ADA"),

(2) remove the previous Third Count under Section 504 of the Federal Rehabilitation Act of 1973, 29 U.S.C. §704, and

(3) delete the previously numbered paragraph 85 of the Fifth Count that alleged that the defendant refused to accommodate the plaintiff's disability, under Connecticut's Fair Employment Practices Act.

I have attached to this motion a copy of the Second Amended Complaint.

THE PLAINTIFF,

By: _____
Gary Phelan, Esq. (CT03670)
Gary Phelan, L.L.C.
433 South Main Street, Suite 117
West Hartford, CT 06110
(860) 313-5005