```
                                                    FILED
                                                  2004 MAY -5  A 10: 28
                                                  U.S. DISTRICT COURT
                                                  BRIDGEPORT, CONN
```

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN FILUSH, | CIVIL ACTION NO.: |
| Plaintiff | 3:02CV1934(SRU) |
| v. | |
| TOWN OF WESTON, | |
| Defendant. | May 4, 2004 |

## PLAINTIFF'S MOTION FOR A ONE-MONTH EXTENSION TO REPLY TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, John Filush, moves for a one-month extension of the deadline to reply to the defendant's Motion for Summary Judgment. If the plaintiff's motion is granted, the plaintiff's deadline to respond will be extended from May 14 to June 14, 2004. This is the plaintiff's second request for an extension of the deadline to file a response to the defendant's Motion for Summary Judgment. Defendant's counsel, Martha Shaw, represented that the defendant does not oppose the plaintiff's request for an extension.

The Plaintiff is requesting the extension because Plaintiff's counsel: (1) is currently in the process of closing his firm and joining a New York firm called Outten & Golden and opening a branch office for the firm in Stamford, Connecticut on June 1, 2004 and substantially underestimated the amount of work he would have to do related to that transition; (2) is in the process of trying to meet a May 15, 2004 deadline for his annual supplement to a legal treatise he co-authored entitled Disability Discrimination in the Workplace; (3) is simultaneously responding to a Motion for Summary Judgment before this court in Thomas Reilly v. City of

West Haven, CV 3:02CV1346(SRU); and (4) is trying to complete a discovery by May 31, 2004 in a case in the Southern District of New York in Penchina v. DCA Advertising, Inc., Dentsu, Inc., and Dentsu USA, Inc., 03 CV 7193 (RMB) that will require him to take seven (7) depositions in New York City between May 14 and May 28, 2004.

THE PLAINTIFF,
JOHN FILUSH

BY: _____
Gary Phelan (CT 03670)
Gary Phelan, LLC
433 South Main Street, Suite 117
West Hartford, CT 06110
(860)313-5005

## CERTIFICATION OF SERVICE

I certify that a copy of the foregoing was mailed first-class, postage prepaid on May 4, 2004 to:

Martha A. Shaw, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
Gary Phelan