FILED

2004 MAY -5 A 10: 28

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN FILUSH,

    Plaintiff

v.

TOWN OF WESTON,

    Defendant.

CIVIL ACTION NO.:

3:02CV1934(SRU)

May 4, 2004

**PLAINTIFF'S MOTION FOR A ONE-MONTH EXTENSION TO
REPLY TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The plaintiff, John Filush, moves for a one-month extension of the deadline to reply to the defendant's Motion for Summary Judgment. If the plaintiff's motion is granted, the plaintiff's deadline to respond will be extended from May 14 to June 14, 2004. This is the plaintiff's second request for an extension of the deadline to file a response to the defendant's Motion for Summary Judgment. Defendant's counsel, Martha Shaw, represented that the defendant does not oppose the plaintiff's request for an extension.

The Plaintiff is requesting the extension because Plaintiff's counsel: (1) is currently in the process of closing his firm and joining a New York firm called Outten & Golden and opening a branch office for the firm in Stamford, Connecticut on June 1, 2004 and substantially underestimated the amount of work he would have to do related to that transition; (2) is in the process of trying to meet a May 15, 2004 deadline for his annual supplement to a legal treatise he co-authored entitled Disability Discrimination in the Workplace; (3) is simultaneously responding to a Motion for Summary Judgment before this court in Thomas Reilly v. City of

GRANTED; ABSENT OBJECTION.
SO ORDERED. [signature] 5/6/04
    Stefan R. Underhill, USDJ