**FILED**

2004 JUN -9 A 10: 06

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN FILUSH, | CIVIL ACTION NO.: |
| Plaintiff | 3:02CV1934(SRU) |
| v. | |
| TOWN OF WESTON, | June 8, 2004 |
| Defendant | |

### PLAINTIFF'S MOTION FOR A THREE-WEEK EXTENSION TO REPLY TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, John Filush, moves for three-week extension of the deadline to reply to the defendant's Motion for Summary Judgment. If the plaintiff's motion is granted, the plaintiff's deadline to respond will be extended from June 14, to July 6, 2004. This is the plaintiff's third request for an extension of the deadline to file a response to the defendant's Motion for Summary Judgment. Defendant's counsel, Martha Shaw, represented that the defendant does not oppose the plaintiff's request for an extension.

The Plaintiff had previously requested extensions primarily because the undersigned counsel was in the process of closing his firm in West Hartford, CT and joining a Stamford, CT branch office for the New York law firm of Outten & Golden and because he was in the process of completing the annual supplement to his legal

treaties entitled <u>Disability Discrimination in the Workplace</u>. Although the Stamford branch office opened on June 3, 2004, due to delays by the SBC telephone strike, the office still does not have access to telephones, computers, fax, and the internet and will not have access until, hopefully, late today. As a result, the undersigned counsel has been unable to complete the plaintiff's memorandum of law in question to the defendant's Motion for Summary Judgment. The undersigned counsel will also be unavailable from June 22-30, 2004 because he will be moving from Cheshire to Wilton, CT and because he will be speaking at and attending the counsel meeting of the National Employment Lawyers Association in San Antonio, Texas.

THE PLAINTIFF,<br>
JOHN FILUSH

BY: _____
Gary Phelan (CT03670)
Outten & Golden LLP
Four Landmark Square, Suite 201
Stamford, CT 06901
(203) 363-7888

### CERTIFICATION OF SERVICE

I certify that a copy of the foregoing was mailed first-class, postage prepaid on June 8, 2004 to:

Martha A. Shaw, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
Gary Phelan