UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN FILUSH, | CIVIL ACTION NO.: | |
| Plaintiff | 3:02CV1934(SRU) | |
| v. | | |
| TOWN OF WESTON, | June 22, 2004 | FILED 2004 JUN 22 P 12: 26 U.S. DISTRICT COURT BRIDGEPORT, CONN |
| Defendant | | |

PLAINTIFF'S MOTION FOR A SEVENTEEN (17) DAY EXTENSION TO REPLY TO
THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, John Filush, moves for seventeen (17) day extension of the deadline to reply to the defendant's Motion for Summary Judgment. If the plaintiff's motion is granted, the plaintiff's deadline to respond will be extended from July 6 to July 23, 2004. This is the plaintiff's fourth request for an extension of the deadline to file a response to the defendant's Motion for Summary Judgment. Defendant's counsel, Martha Shaw, represented that the defendant does not oppose the plaintiff's request for an extension.

The Plaintiff had previously requested extensions primarily because the undersigned counsel was in the process of closing his firm in West Hartford, CT and joining a Stamford, CT branch office for the New York law firm of Outten & Golden. In the previous motion for extension, the undersigned counsel explained that, although

the Stamford branch office opened on June 3, 2004, due to delays by the SBC telephone strike, the office did not have access to telephones, computers, fax, and the internet and would not have access to those forms of communication until the June 8. However, due to the technological problems which arose after telephone access was installed on June 8, the office was not operational until Tuesday, June 15. As a result, the undersigned counsel has been unable to start the plaintiff's memorandum of law in opposition to the defendant's Motion for Summary Judgment. The undersigned counsel will also be unavailable from June 22-30, 2004 because he will be moving from Cheshire to Wilton, CT and because he will be speaking at and attending the counsel meeting of the National Employment Lawyers Association in San Antonio, Texas. He will also be out of the office from July 12-18, 2004 on a previously scheduled family vacation.

THE PLAINTIFF,
JOHN FILUSH

BY: _____
Gary Phelan (CT03670)
Outten & Golden LLP
Four Landmark Square, Suite 201
Stamford, CT 06901
(203) 363-7888

### CERTIFICATION OF SERVICE

I certify that a copy of the foregoing was mailed first-class, postage prepaid on June 8, 2004 to:

Martha A. Shaw, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
Gary Phelan