UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUL 26 A 9: 34

U.S. DISTRICT COURT
BRIDGEPORT, CONN

JOHN FILUSH,

        Plaintiff

v.

TOWN OF WESTON,

        Defendant

CIVIL ACTION NO.:
302CV1934(SRU)

July 23, 2004

### PLAINTIFF'S LIST OF EXHIBITS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Exhibit 1:    Collective Bargaining Agreement

Exhibit 2:    1990 Sergeant's Eligibility List

Exhibit 3:    1991 Sergeant's Eligibility List

Exhibit 4:    1995 Sergeant's Eligibility List

Exhibit 5:    Deposition Transcript of Louis Goldberg

Exhibit 6:    2002 Sergeant's Examination Scores

Exhibit 7:    John Filush Resume

Exhibit 8:    Affidavit of Louis Goldberg

Exhibit 9:    January, 2000 Request for Reasonable Accommodation

Exhibit 10:    January, 2000 Letter from Chief Land to John Filush

Exhibit 11:    Dr. Kruger's January, 2000 Letter to Chief Land

Exhibit 12:    July, 2002 Request for Accommodations

Exhibit 13:    Videotape of February, 2002 Town of Weston Board of Finance Committee Meeting

Exhibit 14:    Affidavits of Police Commissioners (other than Louis Goldberg)

1

Exhibit 15:   Welch v. First Albany Corp., 1999 WL 106 9525 (N.D.N.Y.)

Exhibit 16:   Hernandez v. Kellwood Co., 2003 WL 22309326 (S.D.N.Y.)

Exhibit 17:   Suggs v. Port Auth. of New York & New Jersey,
              1999 WL 269905 (N.D.N.Y.)

Exhibit 18:   Deposition Transcript of William Brady

Exhibit 19:   Deposition Transcript of Peter Ottoman

Exhibit 20:   Deposition Transcript of Richard Saltz

Exhibit 21:   Greene v. State of New York, 1998 WL 264838 (S.D.N.Y.)

Exhibit 22:   Ferrell v. Leake & Watts, 83 Fed. Appx. 342 (2d Cir. 2003)

Exhibit 23:   Ekwegbalu v. Cent. Parking, Sys., 2000 WL 1371335 (S.D.N.Y. 2000)

Exhibit 24:   Gilman Brothers v. CHRO, 1997 WL 275578 (Conn. Sup. Ct. 1997)

Exhibit 25:   Conner v. McDonald's Restaurant, 2003 WL 1343259 (D.Conn.)

Exhibit 26:   Venclauskas v. State of Connecticut, Dep't of Public Safety,
              1997 Conn. Super. Ct. LEXIS 1643

Exhibit 27:   Damiano v. Ethan Allen Inn, CHRO No. 8420259 (1987)

Exhibit 28:   Frankel v. Doctors Pharmacy, CHRO No. 7820239 (1997)

Exhibit 29:   CHRO ex. rel. Corner v. Town of Stratford,
              CHRO No. FEP-AGE-75-2 (1981)

Exhibit 30:   Williams v. Town of Stratford, CHRO No. 850296 (1990)

Exhibit 31:   Article by Bright Solutions for Dyslexia

Exhibit 32:   Bartlett v. New York State Board of Law Examiners,
              2001 WL 930792 (S.D.N.Y.)

Exhibit 33:   Dr. Kimberly Saas Report dated November 14, 2003

Exhibit 34:   Bayonne v. Pitney Bowes, Inc., No. 3:03CV 712 (D. Conn. Jan. 27, 2004)

Exhibit 35:   Cates v. State of Connecticut, 2000 WL 502622 (D.Conn.)

                                                    THE PLAINTIFF,

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed, first-class, postage prepaid on July 23, 2004 to:

Martha A. Shaw
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
Gary Phelan

4