UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUL 26  A 9: 34
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

JOHN FILUSH,

    Plaintiff

v.

TOWN OF WESTON,

    Defendant

CIVIL ACTION NO.
3:02CV1934 (SRU)

July 23, 2004

## PLAINTIFF'S NOTICE OF MANUAL FILING

Please take notice that the plaintiff, John Filush, has manually filed his Memorandum of Law in Opposition to the Defendant's Motion for Summary Judgment, its' Rule 56(a)(2) Statement and his Exhibits.

THE PLAINTIFF,
JOHN FILUSH

By _____
Gary Phelan (CT 03670)
Tammy Marzigliano (CT 23326)
Outten & Golden LLP
Four Landmark Square
Suite 201
Stamford, CT 06901
(203) 363-7888

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this July 23, 2004 to:

Martha A. Shaw
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
Gary Phelan