UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN FILUSH | : | NO.: 3:02CV1934 (SRU) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF WESTON | : | AUGUST 5, 2004 |

### DEFENDANT'S MOTION FOR A 10-DAY EXTENSION TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 7(b), the defendant, **TOWN OF WESTON**, hereby requests a ten (10) day extension of time to reply to plaintiff's Opposition to Defendant's Motion for Summary Judgment. If the defendant's motion is granted, the defendant's deadline to reply will be extended from August 8 to August 18, 2004. This is the first request for an extension of time of the deadline to file a reply to the plaintiff's Opposition to Defendant's Motion for Summary Judgment. Plaintiff's counsel, Gary Phelan, represented that the plaintiff does not oppose the defendant's request for an extension.

Despite diligent effort, the defendant respectfully requests this ten (10) day extension of time due to competing professional demands that have prevented the finalization of defendant's Reply Memorandum by the applicable deadline.

WHEREFORE, the defendant, **TOWN OF WESTON**, respectfully requests that its motion be granted,

DEFENDANT,
TOWN OF WESTON


By_____
    Martha A. Shaw [ct12855]
    Howd & Ludorf
    65 Wethersfield Avenue
    Hartford, CT  06114
    Phone:  (860) 249-1361
    Fax:  (860) 249-7665
    E-Mail:  mshaw@hl-law.com

## **CERTIFICATION**

   This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via Regular U.S. Mail to the following counsel of record this 5th day of August, 2004.

Gary Phelan, Esquire
Outten & Golden, LLP
Four Landmark Square, Suite 201
Stamford, CT  06901

                 _____
                 Martha A. Shaw