# OUTTEN & GOLDEN LLP

FILED

*Advocates for Workplace Fairness*

2004 AUG 18  A 10: 28

U.S. DISTRICT COURT
BRIDGEPORT CONN

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Gary Phelan

*Of Counsel*
Jack A. Raisner
Kathleen Peratis
Allegra L. Fishel

*Senior Counsel*
Paul O'Neil

Piper Hoffman
Linda A. Neilan
Justin M. Swartz
Douglas C. James*
Carmelyn P. Malalis
Tammy Marzigliano
Tarik Ajami
Anjana Samant
Nantiya Ruan
*Admitted in MD only*

August 13, 2004

Hon. Stefan R. Underhill
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT  06604

RE: John Filush v. Town of Weston
    3:02CV1934(SRU)

Dear Judge Underhill:

It has come to our attention that there is a case missing from our Exhibits attached to our Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment filed on July 23, 2004. There is no Exhibit attached to Exhibit 21, which is supposed to be Greene v. State of New York, 1998WL 264838 (S.D.N.Y). Instead, Greene is annexed as Exhibit 22. The case that was supposed to be attached to Exhibit 22, Ferrell v. Leake & Watts, 83 Fed. Appx. 342 (2d. Cir. 2003), is missing. Attached to this letter is the Ferrell case.

We apologize for the error and any inconvenience it may have caused.

Sincerely,

Tammy Marzigliano
Tammy Marzigliano

TM:dvs
Encls.

3 Park Avenue, 29th Floor     New York, NY 10016     Tel 212-245-1000   Fax 212-977-4005
Four Landmark Square, Suite 201   Stamford, CT 06901   Tel 203-363-7888   Fax 203-363-0333
og@outtengolden.com     www.outtengolden.com

cc.:    Martha Shaw
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114