UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC 15 A 9:05
U.S. DISTRICT COURT
BRIDGEPORT, CONN

JOHN FILUSH,

      Plaintiff

v.

TOWN OF WESTON.

      Defendants.

CIVIL ACTION NO.:
302CV1934 (SRU)

December 13, 2004

### PLAINTIFF'S MOTION TO POSTPONE DATE OF ORAL ARGUMENT UNTIL AFTER JANUARY 15, 2005

The Plaintiff, John Filush, moves to postpone the date of the oral argument presently scheduled for December 21, 2004 at 2:30 p.m. until a date after January 15, 2005.

Plaintiff's counsel is scheduled to be in a deposition in a five-plaintiff case in Jordan v. Pfizer, 3:03 CV 1630 (MRK) on December 21st. The parties presently have approximately 17 depositions that will be taken between this Thursday, December 16, 2004 and the January 15, 2005 discovery deadline. Due to the difficulties the parties have had accommodating the conflicting schedules and holiday vacations of both the lawyers and deposition witnesses, the parties will need to proceed with the deposition of one of the plaintiffs on December 21st. I have not been able to get a replacement to cover the December 21st deposition for me.

Defendant's counsel, Martha Shaw, represented that the defendant does not oppose the plaintiff's request to postpone and reschedule the oral argument. This is the plaintiff's first request to postpone the oral argument in this matter.

THE PLAINITFF,

By _/s/ Gary Phelan_
Gary Phelan (CT 03670)
Outten & Golden LLP
Four Landmark Square, Suite 201
Stamford, CT 06901
(203)363-7888

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed, first-class, postage prepaid, on December 13, 2004 to:

Martha A. Shaw
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
Gary Phelan