## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN FILUSH | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 3:02cv1934 (SRU) |
| TOWN OF WESTON | : | |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge

\_\_\_  A ruling on all pretrial motions except dispositive motions

\_\_\_  To supervise discovery and resolve discovery disputes

\_\_\_  A ruling on the following motions which are currently pending:

  X   A settlement conference

\_\_\_  A conference to discuss the following: _____

\_\_\_  Other: _____

SO ORDERED this 19th day of January 2005, at Bridgeport, Connecticut.

                                                  /s/ Stefan R. Underhill
                                                  Stefan R. Underhill
                                                  United States District Judge