UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN FILUSH, | CIVIL ACTION NO.: |
| Plaintiff | 3:02CV1934 (SRU) |
| v. | |
| TOWN OF WESTON. | |
| Defendant. | February 3, 2005 |

### JOINT MOTION FOR A TWO-WEEK EXTENSION TO FILE THE PRETRIAL ORDER TRIAL BRIEF

The parties jointly move for a two-week extension of the Pretrial Order Trial Brief deadline from February 14, 2005 to February 28, 2005. After the court's January 18, 2005 ruling on the defendant's motion for summary judgment, the parties - in accordance with the Court's admonition - began discussing the possibility of settlement. The parties believe that: (1) the likelihood of settlement will be substantially increased if the parties can avoid the legal fees and expenses associated with filing the Pretrial Order Trial Brief, and (2) the parties should know by February 21, 2005 whether or not the case can be settled. If the case is not settled, the proposed February 28, 2005 filing date for the Pretrial Order Trial Brief would still be before the March 11, 2005 calendar call date.

This is the plaintiff's first request for an extension of the deadline to file the Pretrial Order Trial Brief. Defendant's counsel, Michael Rose and Martha Shaw, represented that the defendant does not oppose and joins in the plaintiff's request for a two-week extension.

THE PLAINTIFF,
JOHN FILUSH

By *[signature]*
Gary Phelan (CT 03670)
Outten & Golden LLP
Four Landmark Square, Suite 201
Stamford, CT 06901
(203)363-7888

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed, first-class, postage prepaid, on February 3, 2005 to:

Martha A. Shaw, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

_____
Gary Phelan