UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN FILUSH | : | NO.: 3:02CV1934 (SRU) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF WESTON | : | FEBRUARY 16, 2005 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D.Conn. L. Civ. R. 7(b), the defendant, Town of Weston, respectfully requests an extension of the deadline for filing the Pretrial Order Trial Brief in the above-captioned case.

The Pretrial Order Trial Brief in this case was originally due on February 14, 2005. On February 3, 2005, the parties jointly moved for a two-week extension of time to February 28, 2005 because the parties were attempting to negotiate a settlement in good faith.

Due to scheduling constraints of the defendant's insurance carrier, the defendant has been delayed until February 23, 2005 to respond to the plaintiff's demand. At that time, the defendant's insurance carrier will have completed a thorough review of their liability assessment of the instant matter and will be able to respond to the plaintiff's demand in good faith. Additionally, the defendant's First

ORAL ARGUMENT IS NOT REQUESTED

Selectman has been unable to participate in settlement negotiations to date due a family emergency; his wife's illness. His input is necessary to finalize a settlement.

The parties believe it is in their best interest to delay the filing of the Pretrial Order Trial Brief for ten days (10) days (until March 10, 2005; if such filing is still necessary) to avoid unnecessary litigation expenses, thus improving the chances that the case will settle. March 10, 2005 is still before the March 11, 2005 calendar call date.

This is the second request for an enlargement of this deadline. The first request was made on February 3, 2005.

Pursuant to Local Rule 7(b)(3), the undersigned contacted plaintiff's counsel, Attorney Gary Phelan, and he agrees with and has no objection to this motion.

WHEREFORE, the defendant, Town of Weston, respectfully requests this motion be granted.

DEFENDANT,
TOWN OF WESTON


By /s/ Martha A. Shaw_____
   /s/Martha A. Shaw [ct12855]
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail:  mshaw@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via regular mail, to the following counsel of record this 16th day of February, 2005.

Gary Phelan, Esquire
Outten & Golden, LLP
Four Landmark Square, Suite 201
Stamford, CT  06901

/s/ Martha A. Shaw_____
/s/ Martha A. Shaw