**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

| | | |
|---|---|---|
| **KEVIN F. ROWE**<br>CLERK | TEL. NO. 579-5861<br>(AREA CODE 203) | **VICTORIA C. MINOR**<br>CHIEF DEPUTY CLERK<br><br>**CHRYSTINE CODY**<br>DEPUTY-IN-CHARGE<br>BRIDGEPORT |

www.ctd.uscourts.gov
February 25, 2005

Martha Anne Shaw, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Re: Filush v Weston
    3:02cv1934 (SRU)

Dear Ms. Shaw:

We are returning the Board of Finance video tape that was left in court on January 18, 2005, the day of oral argument.

Please acknowledge receipt of this tape on the duplicate copy of this letter and return it to us in the enclosed stamped envelope.

Thank you very much.

Very truly yours,

Kevin F. Rowe, Clerk

By  /s/ Alice Montz
    Deputy Clerk


Acknowledgment of video tape on _____

                                  _____