UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN FILUSH | : | NO.:  3:02CV1934 (SRU) |
| v. | : | |
| TOWN OF WESTON | : | FEBRUARY 25, 2005 |

## REQUEST TO AMEND

Pursuant to F.R.C.P. 12(b), defendant, TOWN OF WESTON, hereby requests leave to amend its answer to include an additional affirmative defense based on the mixed motive defense articulated in *Price Waterhouse v. Hopkins*.  A copy of the proposed amendment is appended hereto.

This amendment will not prejudice the plaintiff, nor will delay the trial of this case, which is currently scheduled for some time between April 11, 2005 and October 11, 2005.

WHEREFORE, the defendant, TOWN OF WESTON, hereby moves for leave to amend its answer to include this additional affirmative defense.

DEFENDANT,
TOWN OF WESTON


By /s/ Martha A. Shaw
   Martha A. Shaw [ct12855]
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail:  mshaw@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail, to the following counsel of record this 25th day of February, 2005.

Gary Phelan, Esquire
Outten & Golden, LLP
Four Landmark Square, Suite 201
Stamford, CT  06901

                                         /s/Martha A. Shaw
                                         Martha A. Shaw