**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY IN CHARGE
BRIDGEPORT

www.ctd.uscourts.gov
February 25, 2005

Martha Anne Shaw, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Re: Filush v Weston
  3:02cv1934 (SRU)

Dear Ms. Shaw:

We are returning the Board of Finance video tape that was left in court on January 18, 2005, the day of oral argument.

Please acknowledge receipt of this tape on the duplicate copy of this letter and return it to us in the enclosed stamped envelope.

Thank you very much.

Very truly yours,

Kevin F. Rowe, Clerk

By *[signature]*
Deputy Clerk

Acknowledgment of video tape on  2/28/05
*[signature: Martha Shaw]*