UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOHN FILUSH

V.                              Case Number: 3:02cv1934 (SRU)

TOWN OF WESTON

NOTICE TO COUNSEL
--------------------

    The above-entitled case was reported to the Court on <u>June 7, 2005</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

    Accordingly, an order of dismissal will be entered on July 7, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at Bridgeport, Connecticut, June 7, 2005.


                            KEVIN F. ROWE, CLERK

                            By: /s/ Alice Montz_____
                                 Alice Montz
                                 Deputy Clerk