UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN FILUSH | : | NO.: 3:02CV1934 (SRU) |
| v. | : | |
| TOWN OF WESTON | : | JULY 1, 2005 |

### STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the parties hereto, through counsel for the Plaintiff, JOHN FILUSH, and counsel for the Defendant, TOWN OF WESTON, that the above-captioned action be dismissed in its entirety, <u>with prejudice</u>, and with no award of attorneys' fees or costs by the Court.

PLAINTIFF,DEFENDANT,
JOHN FILUSHTOWN OF WESTON


By: /s/ Gary PhelanBy: /s/ Martha A. Shaw
   Gary Phelan (ct03670)   Martha A. Shaw (ct12855)
   Outten & Golden LLP   Howd & Ludorf, LLC
   Four Landmark Square, Suite 201   65 Wethersfield Avenue
   Stamford, CT 06901   Hartford, CT 06114
   (203) 363-7888   (860) 249-1361
   (203) 363-0333 - FAX   (860) 249-7665 - FAX
   GP@outtengolden.com   Mshaw@hl-law.com